### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

CHRISTOPHER L. LAW            *
Reg. #28227-511                *
                               *
           Petitioner       *
v.                             *       No. 2:26-cv-00041-JJV
                               *
HUMPHREY, Complex Warden,      *
Forrest City FCI Medium          *
                               *
           Respondent     *

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 6th day of July 2026.

 

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE